LLOYD WINAWER, SBN 157823
lwinawer@be-law.com
JOHN D. PERNICK, SBN 155468
jpernick@be-law.com
SUSAN E. BOWER, SBN 173244
sbower@be-law.com
BERGESON, LLP
111 N. Market Street, Suite 600
San Jose, California 95113
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

DICK A. SEMERDJIAN, SBN 123630
das@sscelaw.com
SOFIA N. CARRASCO, SBN 358234
sofia@sscelaw.com
SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP
101 West Broadway, Suite 810
San Diego, California 92101
Telephone: (619) 236-8821
Facsimile: (619) 236-8827

Attorneys for Plaintiff
FORTIS ADVISORS LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FORTIS ADVISORS LLC,

Plaintiff,

v.

NUVASIVE (AUST/NZ) PTY LTD,

Defendant.

Case No. '25CV470 BEN SBC

**PLAINTIFF FORTIS ADVISORS LLC'S COMPLAINT**

**[REDACTED-ORIGINAL TO BE FILED UNDER SEAL]**

## I. INTRODUCTION

1. Plaintiff Fortis Advisors LLC ("Plaintiff" or "Fortis"), [redacted] by its undersigned attorneys, for its Complaint against Defendant NuVasive (Aust/Nz) Pty Ltd. ("Defendant" or "NuVasive"), alleges as follows.

2. In February 2021, NuVasive acquired Simplify Medical Pty Ltd. and Simplify Medical, Inc. (collectively, "Simplify Medical" or the "Company"), the developer and manufacturer of Simplify® Cervical Artificial Disc ("Simplify Disc").[1] [redacted]

3. [redacted]

4. Industry and financial analysts reacted positively to NuVasive's acquisition of Simplify Medical. In April 2021, shortly after the acquisition closed,

1 [redacted]

Simplify Disc received a key FDA approval. NuVasive, thereafter, significantly increased its Simplify Disc sales forecasts and reported that it was aggressively capturing market share in the $2.6 billion cervical global spine market, led by Simplify Disc. [REDACTED]

5. In February 2023—two years after its acquisition of Simplify Medical [REDACTED]—NuVasive agreed to be acquired for over $3.0 billion by Globus Medical Systems, Inc. ("Globus"). Globus and NuVasive touted the benefits of their business combination, including an expanded commercial sales organization that will "reach[] more surgeons and patients around the world" and their joint commitment to ongoing "surgeon education" to better serve patients. Anticipating potential market concerns over their merger, including with respect to the integration of both companies' operations and impact to their personnel, Globus and NuVasive stressed that their businesses were "complementary" with "minimal overlap" in geographic footprint, customers, or sales teams. Globus and NuVasive stated that they anticipated $170 million in merger "synergies" from the elimination of "cost redundancies." The Globus acquisition of NuVasive closed in September 2023 (the "Globus Acquisition").

6. [REDACTED]

[redacted]

7. Three short months after the Globus Acquisition, in early January 2024 [redacted] NuVasive terminated 150 employees, [redacted]

8. [redacted] During each Simplify Disc procedure, surgeons use a complex set of instruments specifically designed for Simplify Disc surgeries and artificial replacement discs, which come in different sizes, for implantation in patients. [redacted]

9. At the time of the Globus Acquisition, Simplify Disc was one of NuVasive's most important growth products, if not its most important growth product, with surging demand and sales and industry acclaim.

10.

11.

- First, NuVasive stated that merger synergies would be driven by the elimination of "cost redundancies."

[redacted]

- Second, NuVasive stated repeatedly that the Globus Acquisition would enhance surgeon education and support. [redacted]
- Third, NuVasive stated that the Globus Acquisition would significantly expand the number of sales representatives and distributors who sold its products as well as the geographies in which, and customers to whom, those products were sold. [redacted]

[redacted]

12.

13.

14.

///

## II. THE PARTIES

15. Plaintiff Fortis Advisors LLC is a Delaware limited liability company with its principal place of business located at 12526 High Bluff Drive, #280, San Diego, California 92130. The citizenship of Fortis, as an LLC, is determined by the citizenship of its members. Fortis's sole member is a citizen of Pennsylvania. Therefore, Fortis is a citizen of Pennsylvania.

16. Defendant NuVasive (Aust/Nz) Pty Ltd. is a proprietary limited company registered in Australia with its principal office located at Ground Floor, Building 9, 588A Swan Street, Richmond, Victoria 3121.

## III. JURISDICTION

17.

18.



## IV.    VENUE

19.    Venue is proper in this Judicial District pursuant to 28 U.S.C. §1391(b) because a substantial part of the events giving rise to Plaintiff's claim occurred in this District

## V.    FACTUAL ALLEGATIONS

### A.    The Human Spine.

20.    The spine is the core of the human skeleton.  It provides a critical balance between structural support and flexibility.  In humans, the spine consists of 33 separate bones called vertebrae that are connected by connective tissue (defined as bone, muscle, or ligament) to form the spinal column and permit a normal range of motion.  The spinal cord, the body's central nerve system, is enclosed within the spinal column.  As shown below, the vertebrae include the cervical spine (C1-C7), thoracic spine (T1-T12), lumbar spine (L1-L5), sacral spine (S1-S5), and the coccx (tailbone):

///
///
///
///
///
///



21. The cervical spine—the neck area of the spine—consists of seven vertebrae stacked on one another. The seven cervical vertebrae are connected at the back of the bone by facet joints. The cervical spine is surrounded by muscles, nerves, tendons and ligaments. Intervertebral disks, which function as "shock-absorbers," are positioned between each vertebra.

22. The cervical spine provides a protective tunnel for the upper part of the spinal cord, which contain the spinal nerves that supply the upper body with sensation and movement, to pass through. Narrowing of the space between vertebrae or cervical disk can press on the spinal cord or spinal nerves, causing pain, numbness, or weakness. When these symptoms do not respond to nonsurgical treatments, disk

surgery may be required. Cervical disk replacement surgery entails removing and replacing a diseased cervical disk with an artificial disk.

23. Although magnetic resonance imaging (MRI) is widely used pre-operatively for surgical planning, metal implants create significant artifact on MRI scans. Spine surgeons, therefore, often switch to computerized tomography (CT) scans, another type of imaging technology, post-operatively in order to accommodate metal components and allow them view the metallic devices, as well as the facets and adjacent disc levels. CT scans, however, have been shown to expose patients to ionizing radiation equivalent to 400 to 550 chest X-rays per scan.

**B. Simplify Medical's Business.**

**1. The Simplify Disc Device.**

24. Simplify Medical is a medical device company focused on cervical spinal disk arthroplasty—cervical artificial disc for total disc replacement (cTDR)—using innovative, MRI-compatible materials designed to optimize diagnostic imaging and decrease the need for ionizing radiation. Simplify Medical developed Simplify Disc, a motion-preserving cervical artificial disc designed to allow for advanced imaging capability of MRI, to better match patients' anatomies, and for physiologic movement. As shown below, Simplify Disc is composed of advanced, primarily non-metal materials (PEEK-on-ceramic) to permit the full diagnostic imaging capability of MRI, potentially minimizing patient exposure to ionizing radiation:

Simplify Disc is designed to replicate the natural biomechanical motion of a healthy disc. The proprietary disc design provides unique articulation which allows a variable center of rotation for each treated level and closely mimics the motion dynamics of a natural spine segment. As also shown below, Simplify Disc is anatomically designed with low height implant options to accommodate patients with smaller cervical disc spaces, making it ideal for women and certain regional populations:

25. Simplify Disc is a "Class III" medical device. U.S. Food and Drug Administration (FDA) regulations classify devices into one of three regulatory control categories or classes based upon the degree of regulation necessary to provide reasonable assurance of the device's safety and effectiveness. A device's class determines the requirements that must be satisfied before the device can be distributed in interstate commerce. Classification depends on a device's intended use and indications for use. In addition, classification depends on the risk the device poses to the patient or user. Class I includes devices with the lowest risk and Class III includes those devices with the greatest risk. The class to which a device is designed determines, among other things, the type of premarketing submission and application required to obtain FDA clearance to market the device. Class III devices typically require premarket approval (PMA) following the FDA's comprehensive review of the device manufacturer's Premarket Approval Application. Absent an exemption, a

Class I, II, or III device intended for human use, for which a PMA is not required, must submit to the FDA a premarket notification submission (referred to as a 510(k)) at least 90 days before introducing the device into interstate commerce for commercial distribution..

26. On September 21, 2020, Simplify Medical announced that it had obtained a PMA from the FDA for 1-level indications. A 1-level indication refers to the replacement of one cervical disc during a surgical procedure; 2-level indication refers to the replacement of two discs during a procedure. Unlike FDA 510(k) clearances, which only have to demonstrate substantial equivalence to a previously approved device, a PMA is rare and requires demonstration of a device's safety and effectiveness. After a comprehensive review of Simplify Medical's Application, which was based on the enrollment of 166 Simplify Disc patients in a trial conducted at 16 clinical sites across the United States, the FDA determined that Simplify Disc is safe and effective for 1-level cervical disc replacement in the United States. This was the first cervical disc replacement study to incorporate MR imaging at 24 months, allowing the FDA to review this compelling data which contributed to a strong benefit-risk profile. Simplify Medical's announcement reported that the study results demonstrated at 24 months Simplify Disc achieved superiority in overall success compared to anterior cervical discectomy and fusion (ACDF), including as follows:

- The Simplify Disc overall success rate of 93.0% was statistically superior to the ACDF overall success rate of 73.6% (p<.001).
- 97.9% of Simplify Disc patients achieved a significantly higher rate of meaningful (15 point) improvement in Neck Disability Index (NDI) compared to ACDF at 88.0% (p=.009).

***

- Significantly fewer Simplify Disc patients, 10.8%, were taking narcotic pain medication compared to ACDF patients at 36.8% (p<.001).

///

Simplify Medical noted that "Simplify Disc is also being evaluated in a separate IDE study in the U.S. for 2-level indications. The enrollment for the 2-level trial was completed in November 2018."

27. One month later, on October 29, 2020, Simplify Medical announced the completion of the Pre-Market Approval submission for the 2-level Simplify Disc IDE Study to the U.S. Food and Drug Administration (FDA).[2] Simplify Medical was the third company to submit a PMA for a 2-level cervical disc replacement indication.

28. In December 2020, Simplify Medical commenced a limited commercial release of Simplify Disc for 1-level indication.

**2. The Marketing, Sale, and Support of Simplify Disc.**

29. The medical device industry is competitive. The cervical artificial disc sector is no exception. The following cervical artificial discs are manufactured and marketed by competitors:

- prodisc® C. This disc, which has received FDA approval for 1-level indications, is manufactured and marketed by Centinel Spine.
- Prestige LP® and BRYAN®. These discs are manufactured and marketed by Medtronic. The FDA approved the Prestige disc for 2-level indications in 2016 and the BRYAN disc for 1-level indications in 2009.
- Mobi-C®. This disc was developed by LDR Holding, which was acquired by Zimmer Biomet in 2016 for over $1 billion. In 2013, the Mobi-C disc was the first disc to be approved by the FDA for 2-level indications.
- M6-C™. This disc, which the FDA has approved for 1-level only, is manufactured and marketed by Orthofix.

[2] IDE refers to an investigational device exemption, which allows an investigational device to be used in a clinical study for the purpose of collecting safety and effectiveness data.

- SECURE-C™. The disc, which the FDA has approved for 1-level only in 2012, is manufactured and marketed by Globus.

30. Spine surgeons decide which manufacturer's artificial disc to use for their patients, often after discussion of their rationale with patients pre-operatively. In choosing from among multiple options, surgeons consider the clinical results of the device, the training support and education provided by the disc manufacturer, their relationship with the local sales representative, and prior experience with the manufacturer's product. Given the range of options available to surgeons and their patients, trust, technical product support, and reliability are key considerations when choosing an artificial disc for a cervical surgical procedure.

31. To succeed in the spinal market, a manufacturer's ability to offer an approved, differentiated device obviously is crucial. In addition, a manufacturer must assemble a highly capable and competent marketing, sales, and education team with the ability to reach spine surgeons and educate them on the differentiating aspects and benefits of the manufacturer's device. To provide the best outcome for patients, surgeons and their support teams in the operating room must be trained to understand the steps associated with implanting a particular device. To effectively and safely implant a Simplify Disc, surgical teams must be familiar with both the discs and the various instruments used to perform the procedure. Simplify Disc instrument sets, one example of which is shown below, are complicated, and the procedure is completed by a lengthy series of steps, including disc preparation and disc insertion:

///

///

///

///

///

///

///



While much of a cervical disc implant procedure is similar across product lines, surgeons must understand the differences between each manufacturer's discs and master the surgical procedure by which each manufacturer's device is implanted, including correct instrument usage, in order to optimize patient outcomes. Because inadequate training or support can put patients at risk, spine companies invest considerable resources in training and support.

32. In addition to educating spine surgeons about a device, such as an artificial cervical disc, prior to sale, the device manufacturer's sales or distributor representatives attend surgical procedures to provide surgeons and their teams with real-time technical support and help streamline the process to make the procedures faster, safer, and more effective. [REDACTED] The SPINE MarketGroup (SMG), which is focused on providing information related to the Spinal Industry, identifies the core responsibilities of a medical device sales representative in connection with patient surgical procedures as follows:

**Providing Technical Support to the Surgical Team**

- Ensuring proper use and configuration of medical devices.

- Offering real-time guidance on product compatibility, adjustments, and specifications.
- Assisting the surgical team in locating the necessary implants and instruments—is a critical role, as nursing staff often rotate across various specialties and may not be deeply familiar with specific tools and products.

**Managing Supplies Effectively**

- Confirming the availability of all required implants and instruments before surgery.
- Addressing unexpected needs promptly by coordinating the rapid replenishment of materials.

**Maintaining Sterility Standards**

- Complying with rigorous aseptic protocols and dress codes to preserve the sterile environment of the operating room.
- Avoiding physical interaction with the sterile field, strictly respecting the boundaries of their technical role.

**Documenting Usage for Traceability**

- Recording the implants and devices used to ensure a clear and accurate log for follow-ups or potential reviews.
- This documentation is crucial for both clinical tracking and legal transparency.[3]

33. Simplify Medical established a Market Development Team to focus exclusively on the marketing, sale, and education of surgeons. The Development Team was critical to the marketing of a newly approved medical device like the Simplify Disc and consisted of the following personnel: a Vice President of Sales and Marketing; a Director of Marketing; a Director of Medical Education; and two field clinical sales specialists to train surgeons in the field on Simplify Disc and cover surgeries in the operating room.

///

[3] https://thespinemarketgroup.com/the-importance-of-sales-representatives-in-the-operating-room-supporting-spinal-surgeries/

34. Simplify Medical's Director of Medical Education developed a formal Surgeon Education program. In connection with this program, experienced spine surgeons were engaged as surgeon educators to conduct surgeon training sessions under protocols that Simplify Medical's Director of Medical Education established. The initial surgeon faculty was comprised of Texas Back Institute (TBI) surgeons and legacy Simplify clinical investigators who had surgical experience with Simplify Disc. The goal of this comprehensive, in-depth education was to ensure successful surgical support and outcomes.

**C. NuVasive's Business.**

35. NuVasive is a subsidiary of NuVasive, Inc., which has described itself as "a global technology company focused on developing, manufacturing, selling and providing procedural solutions for spine surgery, with a guiding purpose to transform surgery, advance care, and change lives." NuVasive's product portfolio includes surgical access instruments, spinal implants, fixation systems, biologics, software for surgical planning, navigation and imaging solutions, magnetically adjustable implant systems for spine and orthopedics, and intraoperative neuromonitoring technology and service offerings. NuVasive's "comprehensive portfolio of solutions can be utilized in procedures for the cervical, thoracic and lumbar spine, supporting surgical approaches from the anterior, including lateral, and posterior." In 2020, NuVasive launched the C360 system, a comprehensive portfolio to support anterior and posterior cervical spine surgery.[4]

36. As of September 2023, NuVasive, Inc. had over $1 billion in net sales, 2,700 employees and operated in more than 50 countries. Prior to its acquisition by

[4] There are various surgical methods to alleviate back pain by fusing two or more spinal vertebrae together. Anterior spinal surgery refers to a procedure by which the surgeon accesses the spine through an incision made in the front of the patient; posterior spine surgery refers to a procedure by which the incision is made and the spine accessed from the back.

Globus in September 2023, NuVasive, Inc.'s stock traded on the NASDAQ under the symbol "NUVA".

**D. NuVasive's Acquisition of Simplify Medical.**

**1. The Acquisition Background.**

37.

38.

39.

40.

19

PLAINTIFF FORTIS ADVISORS LLC'S COMPLAINT Case No.

[redacted]

41. As discussed above, on September 18, 2020, Simplify Medical received FDA approval for its 1-level PMA. Also, external market conditions appeared to be stabilizing at that time. [redacted]

42. [redacted]

43. [redacted]

20

PLAINTIFF FORTIS ADVISORS LLC'S COMPLAINT Case No. [redacted]

**2. The SPA.**

44.

45.

46.

47.

21

Case No.

PLAINTIFF FORTIS ADVISORS LLC'S COMPLAINT



48.

49.

50.

51.

22

PLAINTIFF FORTIS ADVISORS LLC'S COMPLAINT Case No.

52.

53.

23

PLAINTIFF FORTIS ADVISORS LLC'S COMPLAINT Case No.



**E. Post-Acquisition Events.**

**1. The Acquisition Announcement.**

54. On February 24, 2021, NuVasive announced the Simplify Acquisition. NuVasive emphasized that Simplify Disc would enable NuVasive to increase its share of the cervical segment of the global spine market, a "$2.6 billion opportunity[.]" NuVasive's press release stated:

> The acquisition of Simplify Medical adds ***the most clinically effective cTDR technology*** and further distinguishes NuVasive's cervical portfolio in the market. ***The cervical segment of the global spine market represents a $2.6 billion opportunity, and the Company is well-positioned to expand its reach with the addition of the Simplify Disc to its C360™ portfolio***. NuVasive is now able to address all key segments of the cervical spine by offering comprehensive, procedurally integrated solutions across anterior cervical discectomy and fusion (ACDF), posterior cervical fusion (PCF), and cTDR procedures.
>
> "The acquisition of Simplify Medical advances our previously communicated long-term growth strategy by both expanding, and ***further distinguishing, our portfolio with industry-leading innovation***," said J. Christopher Barry, chief executive officer of NuVasive. "***Combining the Simplify Disc with NuVasive's C360 portfolio will enable us to provide surgeons with world-class cervical technology, regardless of their preferred procedural approach***. We are excited about the opportunities this acquisition creates as we work

to optimize the surgeon experience, advance the standard of care, and create value for shareholders."

55. In its press release, NuVasive also emphasized that it would "leverage" its "substantial" sales organization "to drive utilization of the Simplify Disc." As NuVasive stated,

> ***NuVasive will leverage its commercial and distribution channels in the U.S. and international markets to drive utilization of the Simplify Disc. The Company expects the acquisition to accelerate net sales growth and be accretive to non-GAAP diluted earnings per share in 2022. This reflects the technology's favorable growth and margin profile, combined with NuVasive's substantial commercial capability and C360 portfolio integration***.

(emphasis added). Reflecting his optimism over the Transaction, Simplify Medical's President and CEO, Mr. Hovda, similarly stated: "'Together, we create a comprehensive, procedurally integrated cervical portfolio differentiated by technology and breadth. ***NuVasive's scale and global commercial channels will greatly accelerate the ability to bring the Simplify Disc to more surgeons and patients around the world***.'" (emphasis added).

**2. Market Reaction to the Simplify Acquisition was Highly Favorable.**

56. Financial and industry analysts swiftly praised NuVasive's acquisition of Simplify. On February 24, 2021, SVB Leerink published a report stating "we're positive on NUVA's $150M acquisition of Simplify Medical." SVB Leerink saw the Acquisition as a means for NuVasive to turn around its cervical business and capture market share in "***the rapidly growing cTDR segment***" and "***turn the cervical segment from a declining business to a growth one in the coming quarters***." (emphasis added).

57. Also, on February 24, 2021, Piper Sandler, published a report that differentiated Simplify Medical from competitors, explaining that Simplify Disc "in our view, is better than Mobi-C from ZBH or M6 from OFIX (not covered)

based on a small profile and tight anatomic fit that more closely mirrors the natural disc." Piper Sandler emphasized not only Simplify Disc's future growth prospects but its ability to attract additional surgeon users to grow NuVasive's surgical fusion business and help NuVasive attract additional sales representatives/spine distributors looking for a highly differentiated and exciting device to sell:

> ***[T]he clinical results of the [Simplify Disc] product have been excellent as well***, demonstrating superiority to fusion in their one- and two-level studies. ***Consequently, we anticipate NUVA will capture significant share with the product in the coming quarters***, and hopefully, it pulls through more traditional ACDF implant sales as well. Beyond share taking, we still believe the cervical disc market can grow significantly in the coming years (we currently size it at about $250M domestically), which should provide a solid tailwind for NUVA.
>
> Finally, Simplify should help stem some of the domestic share loss it is encountering (especially in lumbar) as it should help the company attract more reps now that it has a highly differentiated product in the bag. It also helps to bridge NUVA to a more fulsome impact from its Pulse technology in '22 and beyond. ***Overall, there is much to like about this deal from NUVA's perspective (including the price of $150M for Simplify compared to $1B, which ZBH [Zimmer Biomet] paid for LDR several years ago), and we believe it could represent a catalyst for the stock***.

(emphasis added).

58. Finally, on February 25, 2021, Wells Fargo published a report stating that "[t]he [Simplify Medical] ***acquisition fills an important gap in the company's [NuVasive's] portfolio***" and that Simplify Disc affords NuVasive access to "***a high growth segment of the $2.6B cervical segment of the global spine market***." (emphasis added). Wells Fargo specifically cited the importance of "surgeon and sales training" to driving Simplify Disc sales: "***Under NUVA, we believe the integration of the commercial and supply chain will occur immediately followed by surgeon and sales training as there is a learning curve***." (emphasis added).

///

### 3. Simplify Disc Receives FDA Approval for Two-Level Cervical Total Disc Replacement [REDACTED] [REDACTED].

59. On April 6, 2021, a little over one month after completing the Simplify Acquisition, NuVasive announced that Simplify Disc had received FDA approval for two-level cervical total disc replacement. NuVasive reported that ***"[Simplify Disc] achieved the highest overall clinical success rate at both one- and two-levels compared to any other approved cervical disc***." (emphasis added). NuVasive's press release quoted Massimo Calafiore, executive vice president, Global Business Units at NuVasive: "'This approval is ***an incredible achievement for the Simplify Disc*** and further broadens the growth opportunities for the NuVasive C360 portfolio[.]'" (emphasis added). Mr. Calafiore further stated, "[t]here is ***immense surgeon excitement for this latest edition to our cervical offering***, and the expanded two-level indication provides greater opportunities to bring ***the most clinically effective technology*** in the cTDR market to more patients.'" (emphasis added). As NuVasive's announcement emphasized:

> The Simplify Disc demonstrated clinical superiority at 24 months compared to anterior cervical discectomy and fusion (ACDF) in a two-level FDA Investigational Device Exemption (IDE) study. . . . Overall, the Simplify Disc demonstrates clinical superiority to ACDF ***and has the highest overall clinical success rate compared to any other approved cervical disc at both one- and two-levels***. It is one of three devices approved for use in two-level cTDR procedures.

(emphasis added; footnotes omitted).

60. Piper Sandler published a report regarding the significance of Simplify Disc receiving FDA 2-level approval and its expectation that NuVasive would capture a meaningful share of the cTDR market, stating:

> This morning, on the FDA website, it appears that NUVA obtained approval for a two-level indication on its recently acquired Simplify cervical disc. ***This approval comes ahead of timing expectations (we were expecting by the end of June this year) and represents an***

> ***important update*** as the company's key competitor, Mobi-C from ZBH, has a one and two-level cervical indication. Now NUVA can rival the indications at Zimmer and ***given the profile of the disc (smaller size and better articulation), we anticipate NuVasive can successfully take meaningful share in the ~$290M domestic market for these products***. We believe the combination of Simplify and Pulse, along with a stabilization in domestic lumbar share loss, ***can result in accelerating revenue growth at the company in '22 and '23***. Couple that feature of the story with a modest ~12x EV/EBITDA multiple, and we believe the stock can generate meaningful alpha from here.

(emphasis added).

61.

### 4. NuVasive's Prioritization of Aggressive Cervical Growth.

62. As it publicly stated, following the Simplify Acquisition, NuVasive focused intently on the cervical segment of the spine market. Simplify Disc was a key component of this strategy.

63.



64.     Following the Simplify Acquisition, NuVasive repeatedly emphasized the importance of Simplify Disc to its cervical growth objectives.  On May 5, 2021, NuVasive issued a press release that touted "***[t]he positive surgeon feedback on NuVasive's acquisition of Simplify Medical" and "the Simplify Disc's recent FDA approval for two-level cervical total disc replacement***[.]"  (emphasis added).

65.     On November 9, 2021, NuVasive announced third quarter 2021 financial results.  NuVasive's press release highlighted that NuVasive's "[c]ervical portfolio deliver[ed] double-digit, year-over-year growth in U.S. ***led by Simplify Cervical Disc***[.]"  NuVasive's CEO, J. Christopher Barry, stated:

> "The Company is well-positioned with multiple vectors of growth to create increased value for our stakeholders in 2022 and beyond. With the recent Pulse commercial launch and continued adoption of our C360 portfolio—***highlighted by the Simplify Cervical Disc—I am confident in our ability to further transform surgery, advance care, and change patient lives around the world***."

(emphasis added).

66.     On February 23, 2022, NuVasive announced fourth quarter and full year 2021 financial results.  NuVasive emphasized that "***Simplify Cervical Disc exceeds expectations in first year***[.]"  (emphasis added).  NuVasive also stated that "[f]ourth quarter 2021 total net sales were driven by new product introductions, particularly the Pulse platform and C360 portfolio ***featuring the NuVasive Simplify Cervical Disc in***

***the U.S. and continued strong performance***." (emphasis added). 

67. Also, on February 23, 2022, NuVasive filed its Form 10-K with the Securities and Exchange Commission (SEC) for the 2021 fiscal year (ended December 31, 2021). NuVasive disclosed that based on Simplify Disc's strong sales performance, NuVasive had updated its sales forecasts and ***increased*** the Net Revenue Milestone Amounts it anticipated paying to Simplify Medical's former Shareholders ***by more than $46 million***, from $60.6 million to $107.2 million. Specifically, NuVasive disclosed the following:

> ***During the first quarter of 2021, the Company recorded $103.4 million in contingent consideration liabilities as part of the Simplify Medical acquisition, of which $42.8 million and $60.6 million relate to the regulatory approval and net sales milestones, respectively***. In the second quarter of 2021, the Simplify Cervical Disc received approval from the FDA for two-level cervical total disc replacement which resulted in the payment of $45.8 million for the achievement of the regulatory milestone. As a result of the milestone achievement, the Company recorded a $3.0 million increase in the fair value of the contingent consideration liability, which has been recorded within Business Transition Costs in the Company's Consolidated Statements of Operations in the year ended December 31, 2021. ***During the fourth quarter of 2021, the Company increased the contingent consideration liabilities related to the net sales milestones by $46.6 million, which resulted from updates to the Company's forecasted net sales assumptions. The remaining contingent consideration liabilities for the Simplify Medical acquisition totaled $108.5 million as of December 31, 2021***.

(emphasis added).

68. On March 28, 2022, Wells Fargo issued a report on NuVasive. The report projected that the Simplify Acquisition would enable NuVasive to establish

market leadership in Total Cervical Disc Replacement market, citing spine surgeons excitement over Simplify Disc. Wells Fargo, once again, highlighted the importance of the NuVasive/Simplify "in-person" surgeon training" program, characterizing it as "provid[ing] a tailwind in 2022 and beyond . . . ." As the report stated,

> **Simplify becoming a market leader in the cTDR market over time.** At the end of 2021, the WW [worldwide] cTDR market was ~$327 million, growing high single digits, by our estimate. We see Simplify's market share growing from <2% currently to ~5% at the end of 2022, implying sales of ~$18 million, or ~110 bps of growth contribution in 2022. We see NUVA's market share in the cTDR market rising to ~29% by 2026, making it the market leader. ***Our channel checks suggest that spine surgeons are excited about Simplify; they like the disc's strong clinical data, that it has the smallest disc height on the market, is easy to implant and contains no metal. In addition, we think that in-person surgeon training will provide a tailwind in 2022 and beyond as it drives awareness of the disc. For the above reasons, our estimates for Simplify sales and market share gains could prove conservative***.

(emphasis added).

69. On April 21, 2022, NuVasive announced that Simplify Disc two-level IDE study data, which had been utilized in the device's successful FDA PMA application, had been recently published in the Journal of Neurosurgery: Spine. NuVasive's press release stated "[t]he peer-reviewed publication reiterates that the Simplify Disc has a significantly greater success rate at the 24-month follow up compared to anterior cervical discectomy and fusion (ACDF) when used for two-level cervical total disc replacement (cTDR)" and "'continues to demonstrate superiority in comparison to alternative techniques.'"

70. On May 4, 2022, NuVasive announced its first quarter 2022 financial results. NuVasive reported that, on a constant currency basis, total net sales had increased by 9.1% in the quarter. NuVasive's CEO, Chriss Barry, stated that "'[l]ed by the X360 and C360 systems—***including the Simplify Cervical Disc***—and the

///

Pulse platform, we are committed to executing on our near- and long-term strategic plan to drive value for our stakeholders.'" (emphasis added).

71. Following NuVasive's first quarter 2022 announcement, Truist published a report on May 5, 2022, stating:

> **Simplify continues to build momentum and drive share gains in cervical.** Mgmt. did not disclose Simplify rev, but did note that the cervical portfolio (including Simplify) grew by over 20% in the Q. ***We estimate the majority of that growth came from Simplify sales, but believe the device is starting to have a greater impact on broader cervical rev. Mgmt. noted that Simplify is helping NUVA break into new/competitive accounts***. While it's still early days for the launch, mgmt. believes Simplify is gaining cervical disc replacement share in the market currently, but over time should also prove to be market expansionary and accelerate market growth. We currently estimate $21.5M and $33M in 2022 and 2023 for Simplify revenue.

(emphasis added). The acknowledgement "that Simplify is helping NUVA break into new/competitive accounts" was significant because it confirmed that Simplify Disc was attracting new surgeon customers to NuVasive to whom NuVasive could market and sell other products. Products with that capability are highly coveted and, in medical industry parlance, referred to as "door opener" products.

72. On August 3, 2022, NuVasive announced its second quarter 2022 financial results. NuVasive reported that, on a constant currency basis, total net sales had increased by 7.8% in the quarter. NuVasive emphasized that ***"[s]econd quarter 2022 total net sales were driven by the 2021 commercial launches of the Simplify Cervical Disc*** and the Pulse platform, as well as higher procedure volume in the U.S. and strong international performance. (emphasis added).

73. Following NuVasive's second quarter 2022 announcement, Truist published another report, on August 4, 2022, which again emphasized the value that NuVasive was deriving from Simplify Disc:

///

> **US Surgical Hardware growth accelerates on cervical momentum.** NUVA's core spine portfolio was in-line with our forecast, ***while cervical continued to perform well (growing 20%+ in the Q)***. We suspect NUVA continues to lose share in its lumbar franchise ***while gaining share cervical led by Simplify and C360. Mgmt. noted that Simplify is starting to generate pull through to other segments of the portfolio as new surgeons come on board***. We currently estimate Simplify rev of $24M and $34.5M in '22 and '23, respectively.

(emphasis in bold italics added). Thus, by the second quarter of 2022, Simplify Disc was not only opening doors with new customers but already enabling NuVasive to sell other products in its portfolio to those customers.

74. On October 6, 2022, NuVasive held its Investor Day. During the Investor Day, NuVasive demonstrated its C360 portfolio, including Simplify Disc. Following the Investor Day, on October 6, 2022, Truist issued a report that cited NuVasive's "meaningful runway in Cervical" as a key revenue growth driver. The Truist report stated:

> Mgmt. laid out expectations for the US business to grow 4-6% through the LRP to ~$1.2B in rev in 2027. ***Aggressive cervical growth*** and low- to mid-DD Pulse growth are expected to be the biggest drivers of US growth. This is all consistent with our near-to-intermediate term assumptions. ***Mgmt. highlighted the $2.6B cervical market as the biggest opportunity for the company, where the company only has ~6% share. Within that market, mgmt. estimates the company has ~7% share of the $450M cTDR market, which would imply Simplify rev approaching ~$30M. Mgmt. expressed confidence in sustained DD [double digit] runway for this important new product cycle***.

(emphasis added).

75. On November 9, 2022, NuVasive announced its third quarter 2022 financial results. NuVasive reported that, on a constant currency basis, total net sales had increased by 12.9.% in the quarter. NuVasive announced its "C360 portfolio deliver[ed] record quarter in cervical net sales[.]"

///

///

**5. The Globus Acquisition.**

76. On February 9, 2023—approximately two years after NuVasive acquired Simplify Medical (and with nearly two years remaining in the Net Revenue Milestones period)—NuVasive, Inc. announced that it had entered into an agreement to be acquired by Globus. Globus and NuVasive reported that their all stock transaction valued NuVasive at $3.1 billion and that after the acquisition, NuVasive shareholders would own approximately 28% of the combined company, and Globus shareholders would own approximately 72%, on a fully diluted basis. Globus and NuVasive stated that the Globus Acquisition was "expected to close in the middle of 2023[.]"

77. Under its headline, the companies' February 9, 2023, joint press release emphasized the following points concerning Globus's acquisition of NuVasive:

> *Capitalizes on* ***complementary global commercial organizations*** *and accelerates Globus Medical's and NuVasive's globalization strategies* ***to increase customer reach and deepen surgeon relationships***
>
> *Brings together innovative technologies to create comprehensive procedural solutions* ***offering to better support surgeons, healthcare providers and patients***
>
> *Leverages shared commitment to innovation to further both companies' efforts to address the full continuum of care and help solve unmet clinical needs*
>
> ***Expands operational excellence capabilities to further serve and enable the combined commercial organizations to better support customers***
>
> *Strong financial profile and value creation opportunity*

(bold emphasis added).

78. The February 9, 2023 press release quoted Globus's president and chief executive officer, Dan Scavilla:

> "With NuVasive, we can help support more patients through leading innovation and ***expanding our commercial reach to provide superior service to our surgeon and hospital partners***. We look forward to

> ***combining the NuVasive and Globus Medical teams to capitalize on the many opportunities to improve patient care*** and create sustainable shareholder value."

(emphasis added). It also quoted NuVasive's CEO, Chris Barry, who emphasized the "geographic" synergies between the two companies and the "surgeon education" the combined company would provide:

> "Our combination with Globus Medical is transformative, ***joining two companies with highly complementary capabilities, geographic footprints and customer bases***," . . . . Together, we will be able to offer an exceptional portfolio of clinically proven solutions, ***supported by strong commercial and surgeon education teams***. The new company will be well-positioned to deliver value creation for shareholders, ***further support our surgeon partners***—and most importantly, change the lives of more patients."

(emphasis added).

79. Finally, Globus and NuVasive identified six strategic and financial benefits that the two companies expected to derive from their combination, including the previously cited "expanded commercial reach" and commitment to "surgeon education":

> **Strategic and Financial Benefits**
>
> - **Complementary global scale and expanded commercial reach.** The transaction accelerates each company's globalization strategy to target the $50 billion musculoskeletal market, which includes spine, orthopedics, enabling technology, power tools, biologics and more. Together, Globus Medical and NuVasive will have a presence in more than 50 countries with more than 5,000 employees. ***The new organization's larger commercial sales organization will enable it to further penetrate existing and future markets, reaching more surgeons and patients around the world***.
>
> - **Comprehensive and innovative portfolio in spine and orthopedics**. The transaction pairs Globus Medical's and NuVasive's ***complementary spine*** and orthopedic solutions and enabling technologies to create one of the most comprehensive, innovative offerings in the industry.

- **Continued commitment to product development and surgeon education**. Globus Medical and NuVasive both have strong records of developing technology that solves unmet clinical needs for the treatment of musculoskeletal disorders. Globus Medical will continue to prioritize collaboration with healthcare professionals to develop these ground-breaking products and solutions to treat the full continuum of care from planning to execution to postoperative data.

- **Expands operational capabilities.** The company will leverage operational excellence capabilities to further unlock manufacturing capacity and asset utilization to support the commercial organization. Globus Medical and NuVasive will benefit from their respective operational advantages—including but not limited to Globus Medical's strong, in-house manufacturing capacity and NuVasive's global distribution networks, including NuVasive's Memphis-based global distribution center.

- **Compelling upside revenue potential.** ***The Globus Medical and NuVasive product, customer, and geographic footprints are highly complementary***. As a result, through this transaction, ***the combined company expects to serve more surgeon customers with more solutions in more geographies around the world***, creating compelling growth opportunities over the long-term.

- **Strong financial profile and value creation opportunity.** The combined companies have strong track records of delivering above-market net sales growth, through their innovation and commercial channels. The company will leverage Globus Medical's financial rigor and discipline as it aims to deliver a mid-30-percent EBITDA profile over the next three years, ***which includes approximately $170 million in identified cost synergies***.

(emphasis in bold-italics added).

80. On February 9, 2023, Globus also held a conference call with analysts and investors to discuss its agreement to acquire NuVasive. As the San Diego Tribune reported the same day, during that call, "executives pointed to ***limited overlap*** between each company ***in terms of capabilities, geographic footprint and customers*** even though they work in the spine surgery technology space." (emphasis added).

The article quoted Globus's CEO, Dan Scavilla, as stating the following:  "'***This is not a deal that needs to be driven by synergies. . . .  We don't need to get in and do a slash and burn to make this work***.  It works pretty easily, and while ***we will look at some synergies that will naturally occur***, this is not a high-risk project.'"  (emphasis added).

81.    On February 21, 2023, Globus held a conference call to discuss its fourth quarter and full year 2022 financial results.  During that conference call, CEO Scavilla stated the following:

> [K]eep in mind as we did this and as we've talked about during our announcement, you're really looking at what we believe is a ***complementary global scale, the ability to expand customer reach with minimal overlap***.  We've talked about being able to develop a comprehensive and innovative portfolio in spine and orthopedics when we combine these out.  And ***we remain committed to innovative product development and surgeon education***.

(emphasis added).  Mr. Scavilla also specifically referenced the important pull through opportunities available to Globus from being able to now market and sell Simplify Disc in particular, stating "when we're able to get our hands on a cervical disc that's multilevel that they have, their lateral procedures . . . .  We can open up a market for our enabling technology."

82.    During the February 21, 2023 conference call an analyst asked about Globus's "synergies target."  Globus's Senior Vice President and Chief Financial Officer, Keith Pfeil, responded:  ***"[W]e do feel good about achieving the $170 million in synergies***. . . .  But as we look at our cost structure, versus their [NuVasive's] cost structure, ***we feel confident that we're able to achieve these savings when you look at the combined spending of both companies together***."  (emphasis added).

83.    On February 22, 2023, two weeks after it had announced the pending Globus Acquisition, NuVasive announced its fourth quarter and full-year 2022 financial results.  NuVasive reported that, on a constant currency basis, total net sales had increased by 4.8% and 5.5% for the fourth quarter and full year, respectively.

NuVasive announced that "U.S. cervical deliver[ed] growth of greater than 20% year-over-year driven by 360[.]" [redacted]

84. Also, on February 22, 2023, NuVasive filed its Form 10-K for the 2022 fiscal year (ended December 31, 2022). In spite of the Simplify Disc's [redacted] position as a key NuVasive product, analysts' bullishness, and the pending acquisition by Globus, which would significantly increase the number of sales representatives to sell Simplify Disc and the territories in which it would be sold, NuVasive inexplicably decreased its estimate for the product's sales through the end of 2024 [redacted] After increasing the anticipated amount of the Net Revenue Milestone Amounts it anticipated paying to Simplify Medical's former Shareholders by over $46 million at the end of 2021 [redacted], NuVasive in its 2022 Form 10-K disclosed that it had reduced the amount of the Net Revenue Milestone Amounts anticipated to be paid based on "updates to the Company's forecasted net sales assumptions and significant unobservable inputs." Specifically, NuVasive disclosed the following:

> During the first quarter of 2021, the Company recorded $103.4 million in contingent consideration liabilities as part of the Simplify Medical acquisition, of which $42.8 million and $60.6 million relate to the regulatory approval and net sales milestones, respectively. . . . ***For the years ended December 31, 2022 and 2021, the Company (decreased) increased the contingent consideration liability by $(12.2) million***, and $47.9 million, respectively, ***as a result of updates to the Company's forecasted net sales assumptions and significant unobservable inputs***. The remaining contingent consideration liabilities for the Simplify Medical acquisition totaled $96.3 million and $108.5 million as of December 31, 2022 and 2021, respectively. The first net sales milestone payment, based on 2022 net sales, is expected to be paid in the first quarter of 2023. Changes in fair value measurement of the contingent consideration liabilities are recorded in

> the Consolidated Statements of Operations within the business transition (benefit) costs line item.

(emphasis added). NuVasive did not disclose any information concerning the "significant unobservable inputs" [redacted].

85. [redacted]

86. On September 1, 2023, Globus announced the completion of the Globus Acquisition.

87. After completing its acquisition of NuVasive, Globus continued to publicly reiterate the same points that it made when it first announced the transaction earlier in the year. For example, during an analyst conference call on February 20, 2024, Globus's CEO, Mr. Scavilla, emphasized the following:

- The merger with NuVasive created a leading world-class organization with a global scale and ***expanded customer reach with minimal sales force overlap***.
- ***One immediate benefit of the merger is cross-selling our existing portfolios. We made significant investments in key product sets in 2023 and are ramping up cross-selling in 2024***.
- "The ***surge in education and research programs*** will define the combined Globus-NuVasive "as thought leaders shaping the marketplace[.]"
- The combined Globus-NuVasive is "***enhancing our surgeon engagement programs to increase our impact with surgeons and further strengthen how we interact with them in all aspects of our business***."

(emphasis added). Mr. Scavilla recounted how, at the recently held first "combined [Globus-NuVasive] national sales meeting, "***[t]he combined and well-balanced leadership team showed our sales force that we really are bringing the best of both organizations together to support them" and" focused on our combined portfolio and innovation***[.]" (emphasis added). Finally, as he had during the February 2023 (fourth quarter and year end 2022) conference call, Mr. Scavilla again highlighted Simplify Disc specifically, stating that Globus has "a great cervical disc that we can leverage."

88. Also, during the February 20, 2024 conference call, Globus's CFO, Mr. Pfeil, again addressed acquisition-related synergies, stating:

> Shifting attention over to cost savings and synergies, ***we still expect to generate a total of $170 million of synergies over three years as a result of the merger with NuVasive, 40% being realized in year one***, 70% by the end of year two, and 100% in year three. Since we've last shared an update, ***we've taken steps to begin to realize those synergy savings***. The focus of these savings have been across the business and have been centered on operations, namely warehouse and contract negotiations, SG&A ***cost redundancies***, the elimination of ***duplicative*** third-party expenses, as well as the start of systems integration activities.

(emphasis added). Thus, based on Mr. Pfeil's statement, the combined Globus-NuVasive sought to eliminate $68 million of costs in 2024 ($170,000,000 x 0.40).

**F.** [redacted]

89. [redacted]

90.

91. On January 3, 2024, just three months after the completion of the Globus Acquisition, NuVasive suddenly terminated more than 150 employees.

92.

[redacted]

93. [redacted]

94. [redacted]

95. [redacted] At the time of the Globus Acquisition, Simplify Disc was one of NuVasive's most important growth products, if not its most important growth product. Financial and industry analysts gave Simplify Disc rave reviews and demand for the product was surging. [redacted]

96. [redacted]

[redacted]

97. [redacted]

98. First, NuVasive and Globus stressed that their organizations had "limited" or "minimal" overlap and that merger synergies would be driven by the elimination of "cost redundancies." [redacted]

99. Second, NuVasive also emphasized that the Globus Acquisition would enhance surgeon education and support. [redacted]

100.

101.

102.

103.

104.

105.

106.

107.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, requests that the Court enter judgment in Plaintiff's favor as follows:

A.

B.

C.

Dated: February 27, 2025

**SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP**

By: *s/Dick A. Semerdjian*
Dick A. Semerdjian
BERGESON, LLP
Lloyd Winawer
John D. Pernick
Susan E. Bower
Attorneys for Plaintiff

# EXHIBIT A

CONDITIONALLY UNDER SEAL