```
LLOYD WINAWER, SBN 157823
lwinawer@be-law.com
JOHN D. PERNICK, SBN 155468
jpernick@be-law.com
SUSAN E. BOWER, SBN 173244
sbower@be-law.com
BERGESON, LLP
111 N. Market Street, Suite 600
San Jose, California 95113
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

DICK A. SEMERDJIAN, SBN 123630
das@sscelaw.com
SOFIA N. CARRASCO, SBN 358234
sofia@sscelaw.com
SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP
101 West Broadway, Suite 810
San Diego, California 92101
Telephone: (619) 236-8821
Facsimile: (619) 236-8827

Attorneys for Plaintiff
FORTIS ADVISORS LLC
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTIS ADVISORS LLC,<br><br>             Plaintiff,<br><br>       v.<br><br>NUVASIVE (AUST/NZ) PTY LTD,<br><br>             Defendant. | Case No. 3:25-cv-470-BEN-SBC<br><br>**PLAINTIFF FORTIS ADVISORS LLC'S NOTICE OF MOTION AND MOTION TO FILE PORTIONS OF COMPLAINT UNDER SEAL**<br><br>Judge:        Hon. Roger T. Benitez<br>Magistrate:  Hon. Steve B. Chu |

1

Case No. 3:25-cv-470-BEN-SBC
PLAINTIFF FORTIS ADVISORS LLC'S NOTICE OF MOTION
AND MOTION TO FILE PORTIONS OF COMPLAINT UNDER SEAL

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Plaintiff Fortis Advisors LLC ("Plaintiff") respectfully submits this motion to file under seal ("Motion to Seal") portions of its Complaint for Breach of Contract (the "Complaint") against Defendant Nuvasive (AUST/NZ) PTY Ltd. ("Defendant"), as well as Exhibit A to the Complaint.

The Motion to Seal is made on the grounds that all of the portions of the Complaint and Exhibit A to the Complaint that Plaintiff seeks to seal contain confidential information that Plaintiff is required to keep confidential pursuant to a written agreement with Defendant. For this reason, Plaintiff seeks to seal the information referenced in the Motion to Seal, and good cause exists to do so. The Motion to Seal is directed to only the information that Defendant may assert is confidential.

The Motion to Seal is made on the accompanying memorandum of points and authorities and Declaration of Lloyd Winawer filed contemporaneously herewith. Plaintiff shall also, contemporaneously with the filing of this Motion to Seal, file a public version of the Complaint with the confidential information redacted.

Dated: February 28, 2025

SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP

By: *s/Dick A. Semerdjian*
Dick A. Semerdjian

BERGESON, LLP
Lloyd Winawer
John D. Pernick
Susan E. Bower

Attorneys for Plaintiff
FORTIS ADVISORS LLC

2

Case No. 3:25-cv-470-BEN-SBC
PLAINTIFF FORTIS ADVISORS LLC'S NOTICE OF MOTION
AND MOTION TO FILE PORTIONS OF COMPLAINT UNDER SEAL