LLOYD WINAWER, SBN 157823
lwinawer@be-law.com
JOHN D. PERNICK, SBN 155468
jpernick@be-law.com
SUSAN E. BOWER, SBN 173244
sbower@be-law.com
BERGESON, LLP
111 N. Market Street, Suite 600
San Jose, California 95113
Telephone:   (408) 291-6200
Facsimile:    (408) 297-6000

DICK A. SEMERDJIAN, SBN 123630
das@sscelaw.com
SOFIA N. CARRASCO, SBN 358234
sofia@sscelaw.com
SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP
101 West Broadway, Suite 810
San Diego, California 92101
Telephone: (619) 236-8821
Facsimile: (619) 236-8827

Attorneys for Plaintiff
FORTIS ADVISORS LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| FORTIS ADVISORS LLC, | Case No. 3:25-cv-470-BEN-SBC |
|---|---|
| Plaintiff, | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF FORTIS ADVISORS LLC'S MOTION TO FILE PORTIONS OF COMPLAINT UNDER SEAL** |
| v. | |
| NUVASIVE (AUST/NZ) PTY LTD, | |
| Defendant. | |
| | Judge:         Hon. Roger T. Benitez<br>Magistrate:  Hon. Steve B. Chu |

1

Case No. 3:25-cv-470-BEN-SBC
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF FORTIS ADVISORS LLC'S MOTION TO FILE PORTIONS OF COMPLAINT UNDER SEAL

## MEMORANDUM OF POINTS AND AUTHORITIES

Contemporaneously with the filing of this Motion to Seal, Plaintiff Fortis Advisors LLC ("Plaintiff") is filing it Complaint for Breach of Contract (the "Complaint") against Defendant Nuvasive (AUST/NZ) PTY Ltd. ("Defendant"). Portions of the Complaint, including Exhibit A, contain confidential information for which Plaintiff believes good cause exists for such information to be filed under seal.

The Declaration of Lloyd Winawer ("Winawer Dec."), filed contemporaneously herewith, sets forth a description of the information which Plaintiff requests be filed under seal and provides the reasons good cause exists for such information to be filed under seal. Specifically, all of the portions of the Complaint and Exhibit A to the Complaint that Plaintiff seeks to seal contain information that Plaintiff believes Defendant may assert is confidential pursuant to a written agreement with Defendant. Winawer Decl., ¶ 2. For this reason, Plaintiff seeks to seal the following information and good cause exists to do so:

**Portions of Complaint and Exhibit A to Complaint:**

| Page | Line |
|---|---|
| 1 | Portions of lines 17-18; portions of title, portions of footer |
| 2 | Portions of lines 2-3; lines 9-23; footnote 1 |
| 3 | Portion of line 4; lines 5-7; portion of line 9; lines 22-28 |
| 4 | Line 1-8; portion of lines 10 and 11; lines 12-22; portion of line 23; portion of line 26; lines 27-28 |
| 5 | Line 1-2; portion of line 5; lines 6-24; portion of line 26; lines 27-28 |
| 6 | Lines 1-4; portion of line 6; lines 7-15; portion of line 19; lines 20-27 |
| 7 | Lines 1-27 |
| 8 | Lines 17-28 |
| 9 | Lines 1-6; portion of line 11; lines 12-13 |
| 16 | Portion of line 19; lines 20-22 |
| 19 | Lines 5-27 |
| 20 | Lines 1-2; portion of line 5; lines 6-28 |
| 21 | Lines 2-28 |

2

Case No. 3:25-cv-470-BEN-SBC
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF FORTIS ADVISORS LLC'S MOTION TO FILE PORTIONS OF COMPLAINT UNDER SEAL

| Page | Line |
|---|---|
| 22 | Lines 1-27 |
| 23 | Lines 1-28 |
| 24 | Lines 1-8 |
| 27 | Portions of lines 2-3 |
| 28 | Lines 9-10; portion of line 14; lines 15-28 |
| 29 | Lines 1-8 |
| 30 | Portion of line 1; lines 2-5 |
| 38 | Portion of lines 2-3, 5-6; 10-11; 13-15 |
| 39 | Portion of line 4; lines 5-10 |
| 40 | Lines 20-28 |
| 41 | Lines 1-12; portion of line 14; lines 15-27 |
| 42 | Lines 1-15; portion of line 16 and 19; lines 20-28 |
| 43 | Lines 1-9; portion of line 12; lines 13-20; portion of line 22; lines 23-27 |
| 44 | Lines 1-28 |
| 45 | Lines 1-14; portions of lines 16-17; lines 18-23 |
| Exhibit A to Complaint | In its entirety |

Accordingly, Plaintiff respectfully requests that it be granted leave to file its Complaint under seal. Plaintiff shall also, contemporaneously with the filing of this motion, publicly file a corresponding redacted version of the Complaint. *Id.* at ¶ 3.

Dated: February 28, 2025
            **SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP**

            By: *s/Dick A. Semerdjian*
               Dick A. Semerdjian

            BERGESON, LLP
            Lloyd Winawer
            John D. Pernick
            Susan E. Bower

            Attorneys for Plaintiff
            FORTIS ADVISORS LLC

3

Case No. 3:25-cv-470-BEN-SBC
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF FORTIS ADVISORS LLC'S MOTION TO FILE PORTIONS OF COMPLAINT UNDER SEAL