```
 1  LLOYD WINAWER, SBN 157823
    lwinawer@be-law.com
 2  JOHN D. PERNICK, SBN 155468
    jpernick@be-law.com
 3  SUSAN E. BOWER, SBN 173244
    sbower@be-law.com
 4  BERGESON, LLP
    111 N. Market Street, Suite 600
 5  San Jose, California 95113
    Telephone:  (408) 291-6200
 6  Facsimile:   (408) 297-6000

 7  DICK A. SEMERDJIAN, SBN 123630
    das@sscelaw.com
 8  SOFIA N. CARRASCO, SBN 358234
    sofia@sscelaw.com
 9  SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP
    101 West Broadway, Suite 810
10  San Diego, California 92101
    Telephone: (619) 236-8821
11  Facsimile: (619) 236-8827

12  Attorneys for Plaintiff
    FORTIS ADVISORS LLC
13
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTIS ADVISORS LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NUVASIVE (AUST/NZ) PTY LTD,<br><br>　　　　Defendant. | Case No. 3:25-cv-470-BEN-SBC<br><br>**DECLARATION OF LLOYD WINAWER IN SUPPORT OF PLAINTIFF FORTIS ADVISORS LLC'S MOTION TO FILE PORTIONS OF COMPLAINT UNDER SEAL**<br><br>Judge:　　Hon. Roger T. Benitez<br>Magistrate:　Hon. Steve B. Chu |

1

Case No. 3:25-cv-470-BEN-SBC
DECLARATION OF LLOYD WINAWER IN SUPPORT OF PLAINTIFF FORTIS
ADVISORS LLC'S MOTION TO FILE PORTIONS OF COMPLAINT UNDER SEAL

I, Lloyd Winawer, declare and state as follows:

1. I am an attorney licensed to practice law before all of the courts of the State of California and am a partner with the law firm of Bergeson, LLP, counsel of record for Plaintiff Fortis Advisors, LLC ("Plaintiff") in the above-captioned action (the "Action"). I make this Declaration in support of Plaintiff's Motion to Seal Portions of Plaintiff's Complaint (the "Motion to Seal"). I have personal knowledge of the facts set forth in this declaration, and, if called to do so, could and would competently testify thereto.

2. All of the portions of the Complaint and Exhibit A to the Complaint that Plaintiff seeks to seal contain information that Plaintiff believes Defendant may assert is confidential pursuant to a written agreement with Defendant. For this reason, Plaintiff seeks to seal the information referenced in the Motion to Seal, and good cause exists to do so.

3. Plaintiff will file a public version of the Complaint with the confidential information redacted. Therefore, this request is directed to protect only the information that Defendant may assert is confidential.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on this 28th day of February in San Jose, California.

*/s/ Lloyd Winawer*
Lloyd Winawer